# EXHIBIT A



725 S. Figueroa Street, Suite 1750
Los Angeles, CA 90017
Tel: (213) 955-7145
Fax: (213) 955-7146
www.yplawfirm.net

Talin V. Yacoubian
Stewart J. Powell
Amy L. Lew
Cristina Perez (OC)
Christopher Gonzalez (OC)

September 11, 2020

**VIA E-MAIL & US MAIL**

The Sports Mall LLC
SportsCollectibles.com
Mr. Kenely Matheny
Mr. Aaron Behar
4710 Eisenhower Blvd. S. Suite A1
Tampa, Florida 33634
kenley@sportscollectibles.com

Re:     **KCONLINESTORE**

Dear Mr. Matheny and Mr. Behar:

    This firm represents Kconlinestore and we are writing with regards to the unauthorized use of our client's work on your website.

    We have been advised that your website sportscollectibles.com is using upwards of six images taken by my client of items owned by my client and misrepresenting the nature of your interest therein.

    In the first instance, my client is the exclusive copyright holder to the images exhibited in the attachments hereto, and thus your use is a copyright violation. Pursuant to the U.S. Copyright Act, 17 U.S.C. Section 101 *et.al.* copyright holders are entitled to recover actual damages and any profits attributable to infringements, and should they hold registration before final judgment is rendered, are entitled to elect to recover an award of statutory damages of up to $30,000 per infringement.

    Please see a copy of my client's eBay account depicting its pictures and a screenshot of your use attached hereto.

Letter to The Sports Mall LLC
SportsCollectibles.com
September 11, 2020
Page 2 of 2

    In the second instance, as the images you are using are for the sale of merchandise owned by my client which you do not disclose, quite the contrary, you falsely represent that you have these items in stock, you are liable of deceptive business practices. What is more, your conduct has caused damage to my client and its business reputation by calling into question the authenticity of the unique items it sells, while you falsely claim to do the same. By way of example only, you have included serial numbers on the photos for items belonging to my client.

    To avoid litigation you are requested to immediately and permanently remove all unauthorized uses of our client's work from your website/s including but not limited to any and all social media sites, accounts, products and marketing material.

    Furthermore, demand is hereby made for fair compensation for our client's work as well as damage to the business known as Kconlinestore for your willful violations.

    I look forward to hearing from you by no later than September 18, 2020. Should we not reach a resolution by that time, my client is prepared to seek judicial redress, please be governed accordingly.

    Nothing contained herein is deemed to be an admission or a waiver of any of our clients' rights all of which are expressly reserved and preserved herein.

                                                  Very truly yours,

                                                  Talin V. Yacoubian

sportscollectibles.com



**FREE SHIPPING**

Ousmane Dembele Autographed Signed Signed Authentic Jersey Barcelona Beckett COA

~~$452.99~~



**FREE SHIPPING**

Ousmane Dembele Autographed Signed Nike Fc Barcelona Jersey Beckett Holo

~~$565.99~~

$367.89



**FREE SHIPPING**

Ousmane Dembele Autographed Signed Barcelona Fc 11X14 Photo Beckett COA

~~$153.99~~

$100.09



**FREE SHIPPING**

Ousmane Dembele Autographed Signed Xl Jersey Beckett Beckett (JSA PSA)

~~$377.99~~

$245.69



**FREE SHIPPING**



**FREE SHIPPING**

T-Mobile Wi-Fi          10:23 PM                    39%

AA              sportscollectibles.com

~~$2747.99~~

$1786.19

~~$2747.99~~

$1786.19





**FREE SHIPPING**

Giannis Antetokounmpo Autographed Signed Signed Floor Board Milwaukee Bucks JSA

**FREE SHIPPING**

Giannis Antetokounmpo Autographed Signed Spalding Woodgrain Bucks Basketball JSA With Panini

~~$706.99~~

$459.54

~~$986.99~~

$641.54






**FREE SHIPPING**

Giannis Antetokounmpo Autographed Signed 8X10 Bucks Photo Green Signature (JSA)

**FREE SHIPPING**

Giannis Antetokounmpo Autographed Milwaukee Bucks 14 Photo - JSA COA

📶 T-Mobile Wi-Fi 🛜    10:24 PM    ⏰ 39% 🔋

🔒 sportscollectibles.com

1-800-793-9793    100% AUTHENTIC

**Rashard Lewis** 🔍

Search Results



Autographed Signed
Rashard Lewis Seattle Super
Sonics 8x10 Photo -
Certified Authentic

~~$100.99~~

$65.64



Rashard Lewis Autographed
Signed Wizards 11X14
Photo JSA COA

~~$101.99~~

$66.29



**FREE SHIPPING**

Rashard Lewis Autographed
Signed Miami Heat 8X10
Photo PSA/DNA COA

~~$184.99~~

$120.24



**FREE SHIPPING**

Rashard Lewis Autographed
Signed Miami Heat 8X10
Photo PSA/DNA COA

~~$184.99~~

$120.2




T-Mobile Wi-Fi 10:24 PM 39%

sportscollectibles.com

Stanley Johnson
Autographed Signed 8X10
Photo PSA/DNA Detroit
Pistons Autographed

~~$110.99~~

$72.14

Stanley Johnson
Autographed Signed 8X10
Photo PSA/DNA Detroit
Pistons Autographed

~~$110.99~~



Stanley Johnson
Autographed Signed 8X10
Photo PSA/DNA Detroit
Pistons Autographed

~~$110.99~~

$72.14



Stanley Johnson
Autographed Signed
Autographed 11X14 Photo
Detroit Pistons Arizona JSA
COA

~~$122.99~~

$79.94



**FREE SHIPPING**

Stanley Johnson
Autographed Signed
Autographed 11X14 Photo
PSA/DNA Detroit Pistons
Arizona

~~$153.99~~

$100.09



Andreas Johnsson Toronto
Maple Leafs Autographed
Signed Hockey Puck - JSA
Authentic # V33768

~~$47.99~~

$31.19

▪ T-Mobile Wi-Fi 🛜    10:26 PM    🔋 38%

AA    🔒 sportscollectibles.com    ⟳

~~$1088.99~~    ~~$121.99~~

$708.49    $79.29



**FREE SHIPPING**    **FREE SHIPPING**

Vinny Testaverde
Autographed Signed New
York Jets Full Size White
Logo Football JSA

Vinny Testaverde
Autographed Signed New
York Jets Full Size Green Spd
Replica Helmet JSA Itp

~~$305.99~~    ~~$519.99~~

$198.89    $337.99

    

**FREE SHIPPING**    **FREE SHIPPING**

Vinny Testaverde
Autographed Signed New
York Jets Full Size Matte Blk
Eclipse Helmet JSA Itp

Vinny Testaverde
Autographed Signed
Miami Hurricanes
Helmet W/ Heisman
Aut

~~$655.99~~    ~~$449.99~~

    

📶 T-Mobile Wi-Fi 🛜   10:27 PM   ⏰ 38% 🔋

🔒 sportscollectibles.com

Ball - Autographed Beckett Beckett COA Yellow ...

Size Logo Soccer Ball Inscribed Rio Beckett

~~$1126.99~~

~~$972.99~~

$632.44



**FREE SHIPPING**

**Ronaldinho** Auto**graphed** Signed Custom Yellow Soccer Jersey Inscribed Rio Beckett COA W/Card

~~$839.99~~

$545.99



**FREE SHIPPING**

R**o**naldinho Autographed Sig**n**ed Brazil National Team 1**6**20 Photo PSA/DNA COA PSA/DNA

~~$2067.99~~

$1344.19



**FREE SHIPPING**

Ronaldinho Autographed Signed Brazil National Team Soccer Ball Beckett Loa A07451 PSA/DNA

~~$2756.99~~

$1792.04





Ronaldinho Signed Custom Yellow Soccer Jersey Inscribed "Rio" BECKETT COA W/CARD



# Giannis Antetokounmpo Signed Spalding Woodgrain Bucks Basketball JSA With Panini



# Rashard Lewis Signed Wizards 11x14 Photo JSA COA



Stanley Johnson Signed Autographed 11x14 Photo Detroit Pistons Arizona JSA COA



1 of 3





Ousmane Dembele Signed Barcelona FC 11x14 Photo Beckett COA



# Vinny Testaverde Signed New York Jets Full Size White Logo Football JSA