**EXHIBIT C**

Talin V. Yacoubian (State Bar No. 169439)
YACOUBIAN & POWELL LLP
725 South Figueroa St. Suite 1750
Los Angeles, California 90017
Telephone: (213) 955-7145
Facsimile: (213) 955-7146

Attorneys for Plaintiff Talar Kevorkian Krikor

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALAR KEVORKIAN KRIKOR, an individual;<br><br>  Plaintiff,<br><br>  vs.<br><br>THE SPORTS MALL, LLC, a Florida limited liability company, and DOES 1 through 10, inclusive<br><br>  Defendants. | Case No. 2:21-CV-02747-DMG (MRWx)<br><br>**DECLARATION OF ERBEK ENGILI IN SUPPORT OF PLAINTIFF TALAR KEVORKIAN KRIKOR'S OPPOSITION TO DEFENDANT THE SPORTS MALL, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: September 23, 2022<br>Time: 9:30 a.m.<br>Courtroom: 8C |

DECLARATION OF ERBEK ENGILI IN SUPPORT OF PLAINTIFF TALAR KEVORKIAN KRIKOR'S OPPOSITION TO DEFENDANT THE SPORTS MALL, LLC'S MOTION FOR SUMMARY JUDGMENT

## DECLARATION OF ERBEK ENGILI

I, ERBEK ENGILI, declare and state:

1. I, Erbek Engili, am over the age of 18 years. I make this Declaration in support of Plaintiff Talar Kevorkian Krikor's Opposition to Defendant The Sports Mall LLC's Motion for Summary Judgment (the "Motion"). The facts set forth herein are of my own personal knowledge, except where alleged on information and belief, and if called to testify thereto, I could and would competently do so under oath.

2. I consider myself a sports enthusiast and frequently search for and purchase collectibles by shopping online.

3. Sometime in March of 2021, I came upon an Ousmane Dembele Autographed France National Nike Jersey on Plaintiff's eBay store. It was listed for $169. As I often do when I am about to make a purchase, I googled the item to see if it was available from any other Sellers. I almost always do this to make sure that I am purchasing an authentic item and paying a fair price.

4. When I googled Ousmane Dembele jersey, I saw that the exact item was listed on SportsCollectibles.com. It was listed for $493.77. I couldn't understand how the exact same item could be in two different places.

5. I made the decision to buy the item from SportsCollectibles.com. However, almost immediately I did not feel right about the decision and cancelled my order. True and correct copy of the purchase receipt is attached hereto as Exhibit "A".

6. I did not, however, buy the item from cardsandcoffee1 on eBay either, because I just wasn't sure of its authenticity.

7. I felt particularly bad about my decision, because previous thereto, I regularly did business with that vendor since it was owned by a friend's sister.

1

DECLARATION OF ERBEK ENGILI IN SUPPORT OF PLAINTIFF TALAR KEVORKIAN KRIKOR'S OPPOSITION TO DEFENDANT THE SPORTS MALL, LLC'S MOTION FOR SUMMARY JUDGMENT

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on September 1, 2022, at Glendale, California.

_____
ERKBEK ENGILIE

2

**DECLARATION OF ERBEK ENGILI IN SUPPORT OF PLAINTIFF TALAR KEVORKIAN KRIKOR'S OPPOSITION TO DEFENDANT THE SPORTS MALL, LLC'S MOTION FOR SUMMARY JUDGMENT**

# PROOF OF SERVICE
F.R.C.P. 5 / C.C.P. 1013a(3)/ Rules of Court, Rule 2060

I, Nara Kpryan, declare as follows: I am a citizen of the United States, over 18 years of age and am not a party to the within action. My place of employment and business address is 725 S. Figueroa Street, Suite 1750, Los Angeles, California 90017, which is located in the County of Los Angeles where the service took place.

On September 1, 2022, I served the foregoing document described as: **DECLARATION OF ERBEK ENGILI IN SUPPORT OF PLAINTIFF TALAR KEVORKIAN KRIKOR'S OPPOSITION TO DEFENDANT THE SPORTS MALL, LLC'S MOTION FOR SUMMARY JUDGMENT** on all interested parties in this action:

☒ **VIA ELECTRONIC MAIL:**

I caused a PDF version of the documents to be transmitted by electronic mail to the party(s) identified below, using the e-mail address(es) indicated. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission(s) were unsuccessful.

Matthew A. Ceriale, Esq.
J. Todd Timmerman
Shumaker, Loop & Kendrick LLP
Bank of America Plaza
101 East Kennedy Boulevard, Suite 2800
Tampa, FL 33602
mceriale@shumaker.com
ttimmerman@shumaker.com

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on September 2, 2022 at Los Angeles, California.

Nara Kpryan                                    /s/ Nara Kpryan

PROOF OF SERVICE

# EXHIBIT "A"

1:36

← **Credit notice from Sports Collectible...**



SportsCollectibles.com
to Me
3/22/2021, 1:38 PM



Dear Erbek Engili:

Thank you for shopping with Sports Collectibles Online.

Below are the details of your ### CREDIT ###.

ORDER DATE:    22-Mar-2021
WEB ORDER #:  116-6822807
INVOICE #:   63252
SHIP METHOD: USPS Priority Mail

================================================
=

SOLD TO:
========
Erbek Engili
500 jackson place
218
Glendale CA 91206

SHIPPED TO:

Erbek Engili
500 jackson place
218
Glendale CA 91206

================================================
=
Item Number: win373453918131
Item Name: Ousmane Dembele Autographed Signed France National Nike Jersey Beckett COA
Price: $493.77
Quantity Ordered: 1
================================================
=

Product Total: $0.00
Sales Tax: $0.00
Shipping: $0.00
Discount: $0.00
Grand Total: $0.00
BalanceDue: ($320.95)

22-Mar-2021:  WE HAVE ISSUED A CREDIT TO THE ACCOUNT DESCRIBED BELOW IN THE AMOUNT OF:  $320.95

Account Type:  Visa
Last 4 digits of Account Number: 9961



1  Talin V. Yacoubian (State Bar No. 169439)
   YACOUBIAN & POWELL LLP
2  725 South Figueroa St. Suite 1750
   Los Angeles, California 90017
3  Telephone: (213) 955-7145
   Facsimile: (213) 955-7146
4
   Attorneys for Plaintiff Talar Kevorkian Krikor
5

6             UNITED STATES DISTRICT COURT

7             CENTRAL DISTRICT OF CALIFORNIA

8

9  TALAR KEVORKIAN KRIKOR, an        Case No. 2:21-CV-02747-DMG (MRWx)
   individual;
10                                    **DECLARATION OF TALIN V.**
      Plaintiff,                      **YACOUBIAN SUPPORT OF**
11                                    **PLAINTIFF TALAR KEVORKIAN**
      vs.                             **KRIKOR'S OPPOSITION TO**
12                                    **DEFENDANT THE SPORTS MALL,**
   THE SPORTS MALL, LLC, a Florida    **LLC'S MOTION FOR SUMMARY**
13 limited liability company, and DOES 1  **JUDGMENT**
   through 10, inclusive
14                                    Hearing Date: September 23, 2022
      Defendants.                     Time: 9:30 a.m.
15                                    Courtroom: 8C
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF TALIN V. YACOUBIAN IN SUPPORT OF PLAINTIFF TALAR KEVORKIAN KRIKOR'S OPPOSITION TO DEFENDANT THE SPORTS MALL, LLC'S MOTION FOR SUMMARY JUDGMENT**