Talin V. Yacoubian (State Bar No. 169439)
YACOUBIAN & POWELL LLP
725 South Figueroa St. Suite 1750
Los Angeles, California 90017
Telephone: (213) 955-7145
Facsimile: (213) 955-7146

Attorneys for Plaintiffs Sarkis Krikor and Talar Kevorkian Krikor

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARKIS KRIKOR, an individual;<br><br>    Plaintiff,<br><br>        vs.<br><br>THE SPORTS MALL, LLC, a Florida limited liability company, and DOES 1 through 10, inclusive<br><br>    Defendants.<br><br>TALAR KEVORKIAN KRIKOR, an individual;<br><br>    Plaintiff,<br><br>        vs.<br><br>THE SPORTS MALL, LLC, a Florida limited liability company, and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 2:22-CV-05600-DMG (MRWx)<br>Consolidated with Case No. 2:21-CV-02747-DMG (MRWx)<br><br>**DECLARATION OF TALIN V. YACOUBIAN IN SUPPORT OF PLAINTIFF TALAR KEVORKIAN KRIKOR'S OPPOSITION TO DEFENDANT THE SPORTS MALL, LLC'S MOTION FOR ATTORNEY'S FEES AND COSTS AGAINST PLAINTIFF TALAR KEVORKIAN KRIKOR**<br><br>Hearing Date: March 10, 2023<br>Time: 9:30 a.m.<br>Courtroom: 8C |

# DECLARATION OF TALIN V. YACOUBIAN

I, TALIN V. YACOUBIAN, declare and state:

1.     I am an attorney licensed to practice law in the State of California and before this Court. I am a partner at Yacoubian & Powell, LLP, attorneys of record for Plaintiffs Sarkis Krikor and Talar Kevorkian Krikor in the above consolidated matters. I make this Declaration in support of Plaintiff Talar Kevorkian Krikor's ("Ms. Kevorkian") Opposition to Defendant The Sports Mall, LLC's ("Sports Mall") Motion for Attorney's Fees and Costs (the "Motion"). Because this Declaration is made for a limited purpose, it does not include all of the information I know concerning this case. If called to testify, I could and would truthfully and competently testify to the statements made herein, except where made upon information and belief.

2.     On or about September 11, 2020, pursuant to the Digital Millennium Copyright Act, 17 U.S.C. Section 512(c), I sent a letter to Defendant The Sports Mall, LLC ("Sports Mall") requesting that they remove six images appearing on my client's eBay store. A true and correct copy of the September 11, 2020, Cease and Desist Letter is attached hereto as Exhibit "A."

3.     Sports Mall temporarily removed the six images, however, by October 2020, two of the images had been reposted along with several new ones taken from the same eBay store. On or about October 21, 2020, I again emailed Sports Mall requesting that they take down from their website the materials. A true and correct copy of my October 21, 2020, letter is attached hereto as Exhibit "B."

4.     Despite the notice, in February of 2021, I was again informed by my client that Sports Mall had not taken down the images and had listed two new images of the "Pele Jersey" and the "Ronaldo Jersey."

1

**DECLARATION OF TALIN V. YACOUBIAN IN SUPPORT OF PLAINTIFF TALAR KEVORKIAN KRIKOR'S OPPOSITION TO DEFENDANT THE SPORTS MALL, LLC'S MOTION FOR ATTORNEY'S FEES AND COSTS AGAINST PLAINTIFF TALAR KEVORKIAN KRIKOR**

5. Shortly thereafter, on March 30, 2021, on behalf of Ms. Kevorkian, I filed a complaint against Sports Mall for Copyright Infringement and Unfair Competition pursuant to Business and Professions Code §17200.

6. On June 15, 2021, on behalf of Ms. Kevorkian, I filed a First Amended Complaint for Copyright Infringement, Unfair Competition and False Advertising (15 U.S.C. §1125(a)).

7. On June 28, 2021, I received Sports Mall's Motion to Dismiss all causes of action of Ms. Kevorkian's First Amended Complaint. After briefing, on November 30, 2021, this Court denied Sports Mall's Motion to Dismiss as to the false advertising, unfair competition, and copyright infringement claims with respect to the Ronaldo and Pele Jerseys.

8. On December 20, 2021, on behalf of Ms. Kevorkian, I filed a Second Amended Complaint.

9. Thereafter, the parties engaged in discovery. On May 9, 2022, Ms. Kevorkian responded to Sports Mall's discovery requests and produced an Exclusive License Agreement, dated October 1 2019.

10. On July 1, 2022, Sports Mall filed a Motion to Dismiss Plaintiff's Claim for Copyright Infringement based on standing [Dkt. 45].

11. Prior to the ruling concerning the standing issue, on July 26, 2022, Sports Mall also filed a Rule 11 Motion for Sanctions [Dkt. 50.].

12. On or about August 4, 2022, the Court found that the motions were appropriate for decision without oral argument and took the motions under submission. Therefore, I sent an email to Mr. Timmerman and proposed postponement of the depositions and a stipulation to amend the scheduling order for the Court's consideration.

2

**DECLARATION OF TALIN V. YACOUBIAN IN SUPPORT OF PLAINTIFF TALAR KEVORKIAN KRIKOR'S OPPOSITION TO DEFENDANT THE SPORTS MALL, LLC'S MOTION FOR ATTORNEY'S FEES AND COSTS AGAINST PLAINTIFF TALAR KEVORKIAN KRIKOR**

13. Mr. Timmerman refused to cooperate in any way. This led to extensive motion practice, and filing of multiple motions by both parties. The end result of Sports Mall's overly aggressive litigation tactics was that on September 22, 2022, the Court issued an order amending the scheduling order, pursuant to which the depositions were calendared much in line with the schedule proposed by me prior to the filing of the motions.

14. On August 8, 2022, this Court ruled that the rightful party to bring a claim for infringement was not Talar Kevorkian Krikor but rather her brother, Sarkis Krikor, and dismissed the first claim <u>without prejudice</u>. [Dkt. 53.]

15. Following the ruling, on August 9, 2022, on behalf of Sarkis Krikor, my office filed a complaint in this Court against Defendant The Sports Mall LLC for direct copyright infringement, bearing case No. 2:22-CV-05600-FWS. On August 10, 2022, the Court related the two matters.

16. The discovery in this matter has been minimal. Sports Mall produced 73 pages of documents of which only 9 pages were Sports Mall's documents, the balance had been produced to Sports Mall by Plaintiff. Notwithstanding my efforts to meet and confer, Sports Mall produced nothing more.

17. Sports Mall also did not produce anyone for deposition. On November 2, 2022, Sports Mall took Ms. Kevorkian's deposition. Thereafter, on November 10, 2022, Sports Mall took Sarkis Krikor's deposition. The deposition of Sarkis Krikor was taken not as a witness to Plaintiff Kevorkian's lawsuit but as a Plaintiff in the consolidated matter. The depositions were three hours and two hours respectively by Zoom.

18. During her deposition, Ms. Kevorkian testified that she has not been involved in any other litigation and it was her first deposition. Ms. Kevorkian testified that she only has two eBay stores, KCONLINE and cardsandstuff15

3

**DECLARATION OF TALIN V. YACOUBIAN IN SUPPORT OF PLAINTIFF TALAR KEVORKIAN KRIKOR'S OPPOSITION TO DEFENDANT THE SPORTS MALL, LLC'S MOTION FOR ATTORNEY'S FEES AND COSTS AGAINST PLAINTIFF TALAR KEVORKIAN KRIKOR**

(previously named cardsandcoffee1). However, she was nervous and mixed up the name of her own eBay store. True and correct copies of the pertinent pages of Ms. Kevorkian's deposition testimony are attached hereto as Exhibit "C."

19. Importantly, this information was not intentionally withheld as Sports Mall claims. The name change to cardsandstuff15 was disclosed to Sports Mall on May 9, 2022. Attached hereto as Exhibit "D" is a true and correct copy of a bates stamped document TK0076.

20. Sports Mall seeks $171,855.00 in attorneys' fees and an additional $3,337.06 in costs. I have reviewed the invoices produced by Sports Mall, and compiled a chart to categorize the fees and to corelate with the respective claims to the best of my abilities  I have been a practicing litigator for thirty (30) years, and also teach as an adjunct at USC Gould School of Law. The calculated amount of hours and fees are approximate, as Sports Mall utilizes block billing. A true and correct copy of the chart is attached hereto as Exhibit "E."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 17, 2023 at Los Angeles, California.

_____
TALIN V. YACOUBIAN

4

**DECLARATION OF TALIN V. YACOUBIAN IN SUPPORT OF PLAINTIFF TALAR KEVORKIAN KRIKOR'S OPPOSITION TO DEFENDANT THE SPORTS MALL, LLC'S MOTION FOR ATTORNEY'S FEES AND COSTS AGAINST PLAINTIFF TALAR KEVORKIAN KRIKOR**

# PROOF OF SERVICE

F.R.C.P. 5 / C.C.P. 1013a(3)/ Rules of Court, Rule 2060

I, Nara Kpryan, declare as follows:  I am a citizen of the United States, over 18 years of age and am not a party to the within action. My place of employment and business address is 725 S. Figueroa Street, Suite 1750, Los Angeles, California 90017, which is located in the County of Los Angeles where the service took place.

On February 17, 2023, I served the foregoing document described as: **DECLARATION OF TALIN V. YACOUBIAN IN SUPPORT OF PLAINTIFF TALAR KEVORKIAN KRIKOR'S OPPOSITION TO DEFENDANT THE SPORTS MALL, LLC'S MOTION FOR ATTORNEY'S FEES AND COSTS AGAINST PLAINTIFF TALAR KEVORKIAN KRIKOR** on all interested parties in this action:

☒ **VIA ELECTRONIC MAIL:**

I caused a PDF version of the documents to be transmitted by electronic mail to the party(s) identified below, using the e-mail address(es) indicated.  I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission(s) were unsuccessful.

Matthew A. Ceriale, Esq.
J. Todd Timmerman
Shumaker, Loop & Kendrick LLP
Bank of America Plaza
101 East Kennedy Boulevard, Suite 2800
Tampa, FL 33602
mceriale@shumaker.com
ttimmerman@shumaker.com

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on February 17, 2023, at Los Angeles, California.

  Nara Kpryan                             /s/ Nara Kpryan