UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 11 2023



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SARKIS KRIKOR, an individual; TALAR KEVORKIAN KRIKOR, an individual, | No.    23-55409 |
| Plaintiffs-Appellees, | D.C. No. 2:22-cv-05600-DMG-MRW Central District of California, Los Angeles |
| v. | |
| THE SPORTS MALL, LLC, a Florida limited liability company, | ORDER |
| Defendant-Appellant. | |

Appellant's motion to dismiss this appeal (Docket Entry No. 15) is granted.

Fed. R. App. P. 42(b).  The parties shall bear their own costs and attorneys' fees on

appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator